IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JULIUS LUCKETT AND BRENDA LUCKETT | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:17-CV-02522 |
| STARSTONE NATIONAL INSURANCE COMPANY | § § § § | |
| *Defendant.* | § | JURY |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs, JULIUS LUCKETT and BRENDA LUCKETT ("Plaintiffs"), and Defendant, STARSTONE NATIONAL INSURANCE COMPANY ("Defendant"), hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, Plaintiffs' claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

THE CORONA LAW FIRM, PLLC

By: _____
**Jesse S. Corona**
State Bar No.: 24082184
jesse@thecoronalawfirm.com
12807 Haynes Road, Bldg. E
Houston, Texas 77066
Telephone: (281) 882-3531
Facsimile: (713) 678-0613

**ATTORNEY FOR PLAINTIFFS**

1

THOMPSON, COE, COUSINS & IRONS

By: */s/ George Arnold*
    **George H. Arnold**
    State Bar No.: 00783559
    garnold@thompsoncoe.com
    **Marilyn S. Cayce**
    State Bar No.: 17705500
    mcayce@thompsoncoe.com
    One Riverway, Suite 1400
    Houston, Texas 77056
    Telephone: (713) 403-8210
    Facsimile: (713) 403-8299

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    This is to certify that on August __16__, 2018, a true and correct copy of the foregoing document was delivered to all counsel of record, via the Court's ECF e-notification system pursuant to the Federal Rules of Civil Procedure:

Jesse S. Corona
THE CORONA LAW FIRM, PLLC
12807 Haynes Rd., Bldg. E
Houston, TX 77066

    */s/ George H. Arnold*
    George H. Arnold

6279017v1
09601.748