United States District Court
Southern District of Texas
**ENTERED**
August 27, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JULIUS LUCKETT AND BRENDA LUCKETT, § § § *Plaintiffs*, § § v. § § STARSTONE NATIONAL INSURANCE COMPANY, § § *Defendant*. § | CIVIL ACTION H-17-2522 |

### ORDER

The joint stipulation of dismissal with prejudice (Dkt. 12) is GRANTED. It is therefore ORDERED that plaintiffs' claims are DISMISSED with prejudice. Each party shall bear its own costs.

Signed at Houston, Texas on August 27, 2018.

_____
Gray H. Miller
United States District Judge